George B. Class, as Executor, etc., of Charles Y. Turner, Deceased, v. Joseph W. Putnam.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of United States Trust Company of New York, as Administrator, etc., of Merritt E. Haviland, Deceased, for and to Fix and Determine the Compensation of said Merritt E. Haviland, Deceased, for Services as Attorney Rendered to Henry G. Lapham, as Executor, etc., of Mary E. Lapham, Deceased, and to Said Estate.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Townley and Glennon, JJ.

Anna McGann, as Administratrix, etc., of James Thomas McGann, Deceased, v. Jacob Adler.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Arthur W. Clement and Minna H. Graef, as Executors, etc., of Edward L. Graef, Deceased, v. Bickford's, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Mary Knapp v. Protective Indemnity Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

The People of the State of New York v. Carmine Maida.— Motion for reargument denied. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

Corn Exchange Bank Trust Company v. Albert L. Gifford.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Bankers Trust Company, as Executor, etc., of William W. Wall, Deceased. Joan Deming and Others. Bankers Trust Company, as Executor, etc. Maude S. Walz.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

Morris A. Jacobowitz and Others v. Charles J. Herson, Impleaded with Sander Metselaar.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Motion for reargument denied. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ. [See ante, p. 274.]

Lee Genn, an Infant, by Nathan Genn, Her Guardian ad Litem, and Nathan Genn v. Henry Sonn & Co., Inc.— Motion for reargument and for modification of order denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

George M. Clarke, as Sole Substituted Trustee, etc., of Anne D. Thomson, Deceased, v. Charles W. Schumann (Also Known as Charles W. Schumann, Jr.) and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.